**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CRIMINAL NO. 17-531 |
| | : | |
| | : | |
| DENNIS DAVIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this 24th day of June, 2026, upon consideration of Defendant Dennis Davis's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255, ECF No. 122 ("Motion"), and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**